JS - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA  92501
<u>CIVIL MINUTES -- GENERAL</u>

Case No.    ED CV 08-01361-SGL(AJWx)                              Date:  November 17, 2008

Title:         AMERIQUEST MORTGAGE CO., ET AL. -v- STEPHANIE ASHLEY, ET AL.
=======================================================================
PRESENT:   HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

          Jim Holmes                                                     None Present
          Courtroom Deputy Clerk                             Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:         ATTORNEYS PRESENT FOR DEFENDANTS:

None present                                                        None present

PROCEEDINGS:     ORDER SUMMARILY REMANDING MATTER TO STATE COURT

     On October 27, 2008, the Court issued an Order requiring defendant Stephanie Ashley to file a response within seven days showing cause for why the Court has jurisdiction over this matter. In the Order the Court warned defendant that failure to file said response by the time specified would result in the summary remand of the matter to state court.  The date for filing has come and gone and no response has been filed.

     Accordingly, the Court hereby summarily **REMANDS** the instant matter to Riverside County Superior Court.

     IT IS SO ORDERED.

MINUTES FORM 90                                                                     Initials of Deputy Clerk __jh_____
CIVIL -- GEN                                                1